UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DOLPHIN KICKBOXING CO. and
ROGER GOULD,

       Plaintiffs,

v.

**ORDER**
Civil File No. 19-1477 (MJD/ECW)

FRANCHOICE, INC. and
TANA HUTCHINSON,

       Defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated December 19, 2019, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated December 19, 2019 [Docket No. 44].

2. Defendants' Motion for Partial Dismissal Pursuant to Rule 12(b)(6) [Docket No. 11] is **GRANTED IN PART** and **DENIED IN PART** as follows:

a. Defendants' Motion is **GRANTED** as to Plaintiffs' claim under the Minnesota Franchise Act, and that claim is **DISMISSED WITHOUT PREJUDICE**; and

b. Defendants' Motion is **DENIED** as to Plaintiffs' claim under the Arizona Consumer Fraud Act.

Dated:  January 16, 2020         s/ Michael J. Davis
                                 Michael J. Davis
                                 United States District Court